UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>STRATTON MEDICAL SUPPLY, LLC,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:20-cv-03905-NGG-CLP |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  January 15, 2021
       New York, New York

                              s/ Christopher H. Lowe
                              Christopher H. Lowe
                              LIPSKY LOWE LLP
                              420 Lexington Avenue, Suite 1830
                              New York, New York 10170-1830
                              Chris@lipskylowe.com
                              212.392.4772
                              *Attorneys for Plaintiff*

**SO ORDERED.**

/s/ Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** January 19, 2021